170 A.3d 316

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. QUANTIS L. GOODE, DEFENDANT-PETITIONER. STATE OF NEW JERSEY, PLAINTIFF, v. DARRYL DAVIS, DEFENDANT.

July 10, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–2387/3213–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

170 A.3d 316

MAUREEN MCDAID, PLAINTIFF-PETITIONER, v. AZTEC WEST CONDOMINIUM ASSOCIATION, BERGEN HYDRAULIC ELEVATOR, AND PREFERRED MANAGEMENT, INC., DEFENDANTS-RESPONDENTS.

July 10, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000168–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.